# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Virginia Turner, ) | |
| ) | |
| ) | Civil Action. No. 5:12-cv-01177-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon motion of the Plaintiff, through her attorney, Paul T. McChesney, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On July 22, 2013, Counsel for the Plaintiff Paul T. McChesney ("Counsel"), filed a motion for attorney's fees and costs [ECF No. 30] pursuant to 42 U.S.C. § 406(b). The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $4,815.00 for 14 hours of attorney time at $180.00 per hour and 25.5 hours of paralegal time at $180.00 per hour. Defendant's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) [ECF No. 32] notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein pursuant to 42 U.S.C. § 406(b). However, the parties agreed to a stipulated amount of $4,200.00 for attorney fees.

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's stipulated request for fees reasonable.

Therefore, the Plaintiff is entitled to an award of attorney's fees under 42 U.S.C. § 406(b)

1

in the stipulated amount of $4,200.00.

    **IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

October 15, 2013
Greenville, South Carolina